**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:   Francis Joseph

Case No.  9:24-bk-14724-EPK
Chapter  7

_____ Debtor _____ /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

_X_   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____   Copies of all payment advices **are not** attached because the debtor:
    ___receives disability payments
    ___is unemployed and does not receive unemployment compensation
    ___receives Social Security payments
    ___receives a pension
    ___does not work outside the home
    ___is self employed and does not receive payment advices

_____   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain:_____

**Joint Debtor (if applicable):**

_____   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10  (rev. 12/01/09)                         Page 1 of  2

_____ Copies of payment advices **are not** attached because the joint debtor:
    \_\_\_\_receives disability payments
    \_\_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_\_receives Social Security payments
    \_\_\_\_receives a pension
    \_\_\_\_does not work outside the home
    \_\_\_\_is self employed and does not receive payment advices

_____ None of the statements above apply, however,  the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or  payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.  See Local Rule 5005-1(A)(2).*

/s/ Alan D. Borden
_____     Date:\_\_\_\_05/22/2024_____
Signature of Attorney or Debtor

_____     Date:_____
Signature of Joint Debtor, if applicable

# J. J. Taylor
## COMPANIES, Inc.

**Employer Name:** J.J.Taylor Distributing Florida, Inc.

**Employer Phone:** 561-354-2900

**Employer Address:** 655 North A1A
Jupiter, FL 33477

**Employee Name:** Francis Joseph
**Employee #:** 16665
**Employee Address:** 222 Kite ave
Sebring, FL 33870
**Department:** Sebring
**Job Title:** Driver - Sebring
**Pay Type:** Hourly

**Pay Date:** 5/10/2024
**Pay Period:** 4/21/2024 - 5/4/2024
**Deposit Advice #:** 767773261
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.2500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 4/21/2024 - 5/4/2024 | | | YTD As of 5/4/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **64.36** | | **$1,894.74** | **181.17** | **$5,115.45** |
| Regular | 64.18 | 21.2500 | $1,363.90 | 178.47 | $3,792.42 |
| Overtime | 0.17 | 14.0670 | $2.34 | 2.70 | $37.15 |
| Per Keg Earn | | | $54.00 | | $162.50 |
| Per Keg Out Earnings | | | $49.50 | | $164.50 |
| Per Case Earn | | | $258.90 | | $671.30 |
| AdditionRegular | | | $166.10 | | $287.58 |
| **Memo Information** | | | | | |
| Unpaid | 8.00 | | | 8.00 | |
| **Taxes** | | | **$296.01** | | **$776.26** |
| Fed W/H | | | $151.06 | | $384.93 |
| FICA EE | | | $117.48 | | $317.16 |
| Fed MWT EE | | | $27.47 | | $74.17 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,598.73** | | **$4,339.19** |
| Direct Deposit | ███████ | ███████ | $1,598.73 | | |

| **Accruals & Balances** | |
|---|---|
| Sick/Pers Balance: | 40 Hours |
| Vacation Balance: | 24 Hours |



# J. J. Taylor
## COMPANIES, Inc.

**Employer Name:** J.J.Taylor Distributing Florida, Inc.
**Employer Phone:** 561-354-2900
**Employer Address:** 655 North A1A
Jupiter, FL 33477

**Employee Name:** Francis Joseph
**Employee #:** 16665
**Employee Address:** 222 Kite ave
Sebring, FL 33870
**Department:** Sebring
**Job Title:** Driver - Sebring
**Pay Type:** Hourly

**Pay Date:** 5/10/2024
**Pay Period:** 4/21/2024 - 5/4/2024
**Deposit Advice #:** 767773261
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.2500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 4/21/2024 | 4/27/2024 | 36.37 | 21.2500 | $772.79 |
| Regular | 4/28/2024 | 5/4/2024 | 27.82 | 21.2500 | $591.11 |
| Per Keg Earn | 4/21/2024 | 4/27/2024 | | | $27.50 |
| Per Keg Earn | 4/28/2024 | 5/4/2024 | | | $26.50 |
| Per Keg Out Earnings | 4/21/2024 | 4/27/2024 | | | $20.00 |
| Per Keg Out Earnings | 4/28/2024 | 5/4/2024 | | | $29.50 |
| AdditionRegular | 4/21/2024 | 4/27/2024 | | | $77.21 |
| AdditionRegular | 4/28/2024 | 5/4/2024 | | | $88.89 |



# J. J. Taylor
## COMPANIES, Inc.

**Employer Name:** J.J.Taylor Distributing Florida, Inc.
**Employer Phone:** 561-354-2900
**Employer Address:** 655 North A1A Jupiter, FL 33477

**Employee Name:** Francis Joseph
**Employee #:** 16665
**Employee Address:** 222 Kite ave Sebring, FL 33870
**Department:** Sebring
**Job Title:** Driver - Sebring
**Pay Type:** Hourly

**Pay Date:** 4/26/2024
**Pay Period:** 4/7/2024 - 4/20/2024
**Deposit Advice #:** 761642099
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.2500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 4/7/2024 - 4/20/2024 | | | YTD As of 4/20/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **76.18** | | **$2,107.80** | **116.81** | **$3,220.71** |
| Regular | 75.85 | 21.2500 | $1,611.81 | 114.28 | $2,428.52 |
| Overtime | 0.33 | 13.5119 | $4.50 | 2.53 | $34.81 |
| Per Keg Earn | | | $70.00 | | $108.50 |
| Per Keg Out Earnings | | | $71.50 | | $115.00 |
| Per Case Earn | | | $261.80 | | $412.40 |
| AdditionRegular | | | $88.19 | | $121.48 |
| **Taxes** | | | **$337.87** | | **$480.25** |
| Fed W/H | | | $176.63 | | $233.87 |
| FICA EE | | | $130.68 | | $199.68 |
| Fed MWT EE | | | $30.56 | | $46.70 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,769.93** | | **$2,740.46** |
| Direct Deposit | ▮▮▮▮ | ▮▮▮▮ | $1,769.93 | | |

| Accruals & Balances | |
|---|---|
| Sick/Pers Balance: | 40 Hours |
| Vacation Balance: | 24 Hours |

# J. J. Taylor

## COMPANIES, Inc.

| | |
|---|---|
| **Employer Name:** | J.J.Taylor Distributing Florida, Inc. |
| **Employer Phone:** | 561-354-2900 |
| **Employer Address:** | 655 North A1A Jupiter, FL 33477 |

| | |
|---|---|
| **Employee Name:** | Francis Joseph |
| **Employee #:** | 16665 |
| **Employee Address:** | 222 Kite ave Sebring, FL 33870 |
| **Department:** | Sebring |
| **Job Title:** | Driver - Sebring |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 4/26/2024 |
| **Pay Period:** | 4/7/2024 - 4/20/2024 |
| **Deposit Advice #:** | 761642099 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 21.2500 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (FL) |
| **State Exemptions:** | (FL) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 4/7/2024 | 4/13/2024 | 37.17 | 21.2500 | $789.79 |
| Regular | 4/14/2024 | 4/20/2024 | 38.68 | 21.2500 | $822.02 |
| Per Keg Earn | 4/7/2024 | 4/13/2024 | | | $34.50 |
| Per Keg Earn | 4/14/2024 | 4/20/2024 | | | $35.50 |
| Per Keg Out Earnings | 4/7/2024 | 4/13/2024 | | | $39.50 |
| Per Keg Out Earnings | 4/14/2024 | 4/20/2024 | | | $32.00 |
| AdditionRegular | 4/7/2024 | 4/13/2024 | | | $60.20 |
| AdditionRegular | 4/14/2024 | 4/20/2024 | | | $27.99 |

# J.J.Taylor

**COMPANIES, Inc.**

**Employer Name:** J.J.Taylor Distributing Florida, Inc.
**Employer Phone:** 561-354-2900
**Employer Address:** 655 North A1A Jupiter, FL 33477

**Employee Name:** Francis Joseph
**Employee #:** 16665
**Employee Address:** 222 Kite ave Sebring, FL 33870
**Department:** Sebring
**Job Title:** Driver - Sebring
**Pay Type:** Hourly

**Pay Date:** 4/12/2024
**Pay Period:** 3/24/2024 - 4/6/2024
**Deposit Advice #:** 755544795
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.2500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 3/24/2024 - 4/6/2024 | | | YTD As of 4/6/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **40.63** | | **$1,112.91** | **40.63** | **$1,112.91** |
| Regular | 38.43 | 21.2500 | $816.71 | 38.43 | $816.71 |
| Overtime | 2.20 | 13.7754 | $30.31 | 2.20 | $30.31 |
| Per Keg Earn | | | $38.50 | | $38.50 |
| Per Keg Out Earnings | | | $43.50 | | $43.50 |
| Per Case Earn | | | $150.60 | | $150.60 |
| AdditionRegular | | | $33.29 | | $33.29 |
| **Taxes** | | | **$142.38** | | **$142.38** |
| Fed W/H | | | $57.24 | | $57.24 |
| FICA EE | | | $69.00 | | $69.00 |
| Fed MWT EE | | | $16.14 | | $16.14 |
| **Net Pay** | **Routing #** | **Account #** | **Amount** | | **Amount** |
| | | | **$970.53** | | **$970.53** |
| Direct Deposit | ████ | ████ | $970.53 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick/Pers Balance: | 40 Hours | Sick/Pers Accrued: | 40 Hours |
| Vacation Balance: | 24 Hours | Vacation Accrued: | 24 Hours |



# J. J. Taylor

**COMPANIES, Inc.**

| | |
|---|---|
| **Employee Name:** | Francis Joseph |
| **Employee #:** | 16665 |
| **Employee Address:** | 222 Kite ave |
| | Sebring, FL 33870 |
| **Department:** | Sebring |
| **Job Title:** | Driver - Sebring |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 4/12/2024 |
| **Pay Period:** | 3/24/2024 - 4/6/2024 |
| **Deposit Advice #:** | 755544795 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 21.2500 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (FL) |
| **State Exemptions:** | (FL) |

| | |
|---|---|
| **Employer Name:** | J.J.Taylor Distributing Florida, Inc. |
| **Employer Phone:** | 561-354-2900 |
| **Employer Address:** | 655 North A1A Jupiter, FL 33477 |

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 3/31/2024 | 4/6/2024 | 38.43 | 21.2500 | $816.71 |
| Per Keg Earn | 3/31/2024 | 4/6/2024 | | | $38.50 |
| Per Keg Out Earnings | 3/31/2024 | 4/6/2024 | | | $43.50 |
| AdditionRegular | 3/31/2024 | 4/6/2024 | | | $33.29 |

